**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>JUDGE KAREN SPENCER MARSTON |
| BRANDI NUNEZ<br>　　　　　　Plaintiff(s)<br><br>v.<br><br>NOVO NORDISK, INC., and<br>NOVO NORDISK A/S,<br>　　　　　　Defendant(s). | COMPLAINT AND JURY DEMAND<br><br>CIVIL ACTION NO.: 26-5210 |

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, by and through the undersigned counsel, file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff(s) adopt(s) and incorporate(s) by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected

1

Defendants and Causes of Action. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503).

### IDENTIFICATION OF PARTIES

**Plaintiff(s)**

1.      Full (first, middle, and last) name of Plaintiff injured/deceased due to use of GLP-1 RA Product(s): __BRANDI NUNEZ_____.

2.      If applicable, full name(s) and representative capacity of Plaintiff s) alleging wrongful death claim: __N/A_____, as _____ of the estate of _____, deceased.

3.      If applicable, full name(s) of Plaintiff(s) alleging survival claims, as permitted under state law(s): __N/A_____.

4.      If applicable, full name(s) of Plaintiff(s) alleging loss of consortium or loss of services: ___N/A_____.

**Defendant(s)**

5.      Plaintiff(s)/Decedent's Representative is/are suing the following Defendant(s) (check all that apply):

   __X__ Novo Nordisk Inc.

   __X__ Novo Nordisk A/S

   _____ Eli Lilly and Company

   _____ Lilly USA, LLC

_____ other(s) (identify): _____

## **JURISDICTION AND VENUE**

6.    City and state of Plaintiff(s)' current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence):

_____Torrance, California_____    _____

7.    State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue:

_____California____    _____

8.    State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA Product(s) at issue:

_____California_____    _____

9.    City and state of Plaintiff(s)'/Decedent's residence at time of diagnosis of injury:

_____Torrance, California_____    _____

10.    Jurisdiction is based on:

_X____        diversity of citizenship pursuant to 28 U.S.C. § 1332

_____ other (plead in sufficient detail as required by applicable rules):

_____

_____

11.    The District Court(s) where Plaintiff(s) might have otherwise filed this Short Form

3

Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

___California Central District Court_____ _____

12.    Venue is proper in the District Court identified in Paragraph 11 because:

    __X___ a substantial part of the events and omissions giving rise to Plaintiff(s)'

    claims occurred there

    _____ other (plead in sufficient detail as required by applicable rules):

    _____

    _____

13.    If applicable, identify the citizenship of any additional Defendant(s) named above:

    ___N/A_____

**PRODUCT USE**

14.     Plaintiff/Decedent used the following GLP-1 RA Product(s) for which claims are being asserted in this case (check all that apply):

_____ Ozempic (semaglutide)

___X___ Wegovy (semaglutide)

_____ Rybelsus (oral semaglutide)

_____ Victoza (liraglutide)

_____ Saxenda (liraglutide)

_____ Trulicity (dulaglutide)

_____ Mounjaro (tirzepatide)

_____ Zepbound (tirzepatide)

_____ Other(s) (specify): _____

15.     To the best of Plaintiff(s)' knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify date range(s) for each product):

_Ozempic        January        2023        through        early        2024_

_____

_____

_____

**INJURIES AND DAMAGES**

16.     To the best of Plaintiff(s)' knowledge, as a result of using GLP-1 RA Product(s),

Plaintiff/Decedent suffered the following injuries, including their sequelae (check all that apply):

_____    Gastroparesis

__X__    Other gastro-intestinal injuries (specify) <u>Acute Pancreatitis</u>

_____    Ileus

_____    Ischemic Bowel/Ischemic Colitis

__X___    Intestinal Obstruction

_____    Necrotizing Pancreatitis

__X__    Gallbladder Injury (specify) <u>Cholecystectomy</u>

_____    Micronutrient Deficiency

_____    Wernicke's encephalopathy

_____    Aspiration

_____    Death

__X__Additional/Other(s) (specify): <u>Intractable Vomiting (Emesis) and Pain</u>

17.    Plaintiff's/Decedent's injuries occurred in approximately (month and year)?

<u>Began June 2025 - ongoing</u>

18.    In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff(s) suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

6

_X___ Injury to self

_____ Injury to person represented

_____ Economic loss

_____ Wrongful death

_____ Survivorship

_____ Loss of services

_____ Loss of consortium

_____ other(s) (specify): _____

**CAUSES OF ACTION**

19. In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

  _X_ Count I: Failure to Warn – Negligence

  _X_ Count II: Failure to Warn – Strict Liability

  _X_ Count III: Breach of Express Warranty/Failure to Conform to Representations

  _X_ Count IV: Breach of Implied Warranty

  _X_ Count V: Fraudulent Concealment/Fraud by Omission

  _X_ Count VI: Fraudulent/Intentional Misrepresentation

  _X_ Count VII: Negligent Misrepresentation/Marketing

  _X_ Count VIII: Strict Product Liability Misrepresentation/Marketing

  _X_ Count IX: Innocent Misrepresentation/Marketing

  _____ Count X: Unfair Trade Practices/Consumer Protection (see below)

  _X_ Count XI: Negligence

  _X_ Count XII: Negligent Undertaking

  _____ Count XIII: State Product Liability Act (see below)

  _____ Count XIV: Wrongful Death

  _____ Count XV: Loss of Consortium

  _____ Count XVI: Survival Action

  _____ Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

20.    If Plaintiff(s) is/are asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:*

    a.    Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

        N/A

    b.    Identify the factual allegations supporting those claims (by subsection, if applicable):

        N/A

*    *Plaintiffs asserting any such claims are on notice that "failure to identify [these claims] with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 74 n.33.*

21.    If Plaintiff(s) is/are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:*

    a.    Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

        N/A

_____

b.  Identify the legal theories identified in Paragraph 19 above (*e.g.*, negligent failure to warn, fraud, etc.) that are subsumed within Plaintiff(s)' PLA claim:

_____

_____

_____

c.  Identify the factual allegations supporting those claims:

_____

_____

_____

\*       *Plaintiffs asserting any such PLA claims are on notice that "failure to identify the PLA claims with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 76 n.35.*

22.     If pre-suit notice is required by statute, did Plaintiff(s) provide some form of separate pre-suit notice to Defendant(s)?   __N/A_____.  If so, attach such notice.

## RELIEF

Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiff(s) may be entitled.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims triable by jury in this action.

Date: July 24, 2026

By: */s/ Charlotte Duddy*
Charlotte Duddy (Admitted *Pro Hac Vice)*
Wright McCall
5707 W. Interstate 10
San Antonio, Texas 78201
Phone: (205) 558 9000
Facsimile: (210) 734 9965
*cduddy@wrightmccall.com*
*Attorney for Plaintiff*

11